**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOHN EDWARD PARKER,**

    **Plaintiff,**

**vs.**                                                   **CASE NO. 1:09cv29-MP/AK**

**M. HUMPHRIES,**

    **Defendant.**

_____/

## O R D E R

    This cause is before the Court upon referral from the Clerk of Court. Plaintiff, proceeding *pro se*, has filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must, therefore, submit an "amended complaint," clearly designated as such, on court forms which will be provided to him by the Clerk of Court.

    As a secondary problem, Plaintiff has failed to file a motion to proceed in forma pauperis with inmate account information or pay the filing fee.

    As a final note, the Court has done a cursory review of the complaint and finds that Plaintiff must be more particular with the facts and persons against whom he seeks to file a lawsuit. He claims that Singletary assaulted him, but does not really explain

what happened, when, and why he has not named Singletary as a defendant.  Further, he cites numerous other claims against "staff" but he must name these persons and provide facts to support these claims.

It is, therefore

**ORDERED:**

1.  The Clerk of Court is directed to forward to Plaintiff two (2) § 1983 complaint forms for prisoners.

2.  Plaintiff shall have until **March 20, 2009**, to file an amended complaint on the proper forms, and either: (1) file a motion for IFP with inmate account information, or (2) pay the full $350.00 filing fee.

4.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  _20th_ day of February, 2009.

              *s/ A. KORNBLUM*
              **ALLAN KORNBLUM**
              **UNITED STATES MAGISTRATE JUDGE**