**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JOHN EDWARD PARKER,

    Plaintiff,

vs.                                        CASE NO. 1:09CV29-MP/AK

MICHAEL SINGLETARY,

    Defendant.

_____/

**O R D E R**

Plaintiff has moved to strike the motion to stay which the Court has already ruled upon, (doc. 28), and therefore, the motion to strike (doc. 29) is **DEEMED MOOT**.

Plaintiff has also responded to the show cause order (doc. 28) to argue his claims, but he does not represent affirmatively to the Court that he has filed the medical release which he was directed to file.

Accordingly, it is

**ORDERED:**

Plaintiff shall provide to the Defendant a signed medical release on or before **October 21, 2009.** If Defendant advises that he has not signed this form by this date, it will be recommended that this case be dismissed.

**DONE AND ORDERED** this  *7th* day of October, 2009.

                                             *s/ A. KORNBLUM*
                                             **ALLAN KORNBLUM
                                             UNITED STATES MAGISTRATE JUDGE**