IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN EDWARD PARKER,

    Plaintiff,

vs.                       CASE NO. 1:09CV29-MP/AK

MICHAEL SINGLETARY,

    Defendant.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Entry of Default. (Doc. 35). The motion is **DENIED**, and Plaintiff is referred to the court's previous Order dated September 25, 2009. (See Doc. 28).

**DONE AND ORDERED** this **27th** day of October, 2009.

                *S/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**