**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOHN EDWARD PARKER,**

**Plaintiff,**

**vs.** **CASE NO. 1:09CV29-SPM/AK**

**MICHAEL SINGLETARY,**

**Defendant.**

**_____________________________/**

**O R D E R**

Presently before the Court is Defendant's Motion for Enlargement of Time (doc. 39) wherein Defendant seeks an extension through November 17, 2009, to respond to the second amended complaint. Having considered said motion, the Court is of the opinion that it should be **GRANTED**.

**DONE AND ORDERED** this ***3rd*** day of November, 2009.

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**