# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOHN EDWARD PARKER,

    Plaintiff,

vs.                                               CASE NO. 1:09CV29-SPM/AK

MICHAEL SINGLETARY,

    Defendant.

_____/

## O R D E R

Presently before the Court is Plaintiff's Second Motion for Default Judgment. (Doc. 41). Defendant has been granted an extension of time to respond to the complaint, (doc. 40), and there is no default. The motion (doc. 41) is **DENIED**.

**DONE AND ORDERED** this **5th** day of November, 2009.

                                                s/ A Kornblum
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**