# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JOHN EDWARD PARKER,

    Plaintiff,

vs.                                                   CASE NO. 1:09CV29-MP/AK

MIKE SINGLETARY,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Entry of Default (doc. 45) and Motion to Supplement Complaint. (Doc. 46). The Court has already ruled on the issue of default (see doc. 42), and will not revisit the issue. The motion (doc. 45) is **DENIED**.

Plaintiff has also moved to add a request for injunctive relief to his complaint against unidentified "colleagues" of the defendant for events which have occurred after the event upon which the present complaint is based. The motion (doc. 46) is **DENIED**. Plaintiff should assert these new claims against these persons in a separate complaint.

**DONE AND ORDERED** this _**30**_<sup>th</sup> day of November, 2009.

                                                      *s/ A. KORNBLUM*
                                                     **ALLAN KORNBLUM**
                                                     **UNITED STATES MAGISTRATE JUDGE**