IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN EDWARD PARKER,

    Plaintiff,

v.                                                        CASE NO. 1:09-cv-00029-MP-AK

MIKE SINGLETARY

    Defendant.

_____/

## **O R D E R**

This matter is before the Court upon Plaintiff's Motion for Leave to Proceed in Forma Pauperis, which he has styled "Supplement Complaint." (Doc.63). Plaintiff has already been granted leave to proceed IFP (doc. 7), and therefore, the motion with account information is DEEMED MOOT. To the extent that the motion could be construed as seeking leave to supplement the complaint, it is DENIED.

All deadlines for discovery and the filing of dispositive motions have expired (see doc. 44), and it appears that this matter is now ready to be set for trial. The parties shall advise the Court in writing of their readiness for trial by filing a Status Report on or before May 21, 2010, setting forth therein any remaining discovery issues that need to be resolved.

    **DONE AND ORDERED** this _10th_ day of May, 2010

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge