IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN EDWARD PARKER,

     Plaintiff,

v.                                CASE NO. 1:09-cv-00029-MP-AK

MIKE SINGLETARY,

     Defendant.

_____/

**O R D E R**

This matter is before the Court on Defendant's Motion for Extension of Time to File Dispositive Motions. (Doc. 67). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Defendant shall have through June 28, 2010, to file a motion for summary judgment. An Order will be entered after the motion is filed setting a deadline for Plaintiff to respond to the motion.

     **DONE AND ORDERED** this _9th_ day of June, 2010

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge