UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN EDWARD PARKER,

        Plaintiff,

v.                                        Case No.  1:09-cv-29-MP-GRJ

MIKE SINGLETARY,

        Defendant.

_____

## **ORDER**

Pending before the Court is Defendant's Motion to Permit Defendant's Counsel to Possess Cellular Telephones and Laptops at the Pretrial Conference on August 30, 2012 and the Trial Commencing September 10, 2012.  (Doc. 134.) Defendant's counsel request permission to bring laptop computers and cellular telephones to the pretrial conference scheduled before the undersigned on August 20, 2012 and to the trial scheduled before Chief Judge Rodgers on September 10, 2012.

Accordingly, upon due consideration, it is **ORDERED**:

1.  Defendant's Motion to Permit Defendant's Counsel to Possess Cellular Telephones and Laptops at the Pretrial Conference on August 30, 2012 and the Trial Commencing September 10, 2012 (Doc. 134) is **GRANTED**.

2.  Defendant's counsel are authorized to bring laptop computers and cellular phones into the United States Courthouse in Gainesville for use during the proceedings scheduled for **10:00 a.m.** on **August 30, 2012** and **9:00 a.m.** on **September 10, 2012.** Use of cellular phones is limited to the Attorney's Lounge on the Third Floor of the

Courthouse.  Counsel shall present a copy of this Order to the Court Security Officers at the entrance to the Courthouse with appropriate identification.

**DONE AND ORDERED** in Gainesville, Florida, on August 24, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge